UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-20301-ALTMAN

**MARIO PETITFRERE**,

 *Petitioner*,

v.

**PAUL SWARTZ, FIELD OFFICE DIRECTOR**, *et al.*,

 *Respondents.*
_____/

## ORDER

Mario Petitfrere has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his continued detention in the custody of U.S. Immigration and Customs Enforcement. But we cannot adjudicate Petitfrere's Petition until he's *either* paid the Clerk's filing fee of $5.00 *or* submitted a motion to proceed *in forma pauperis* under Rule 3(a) of the Rules Governing § 2254 Proceedings in the District Courts.[1] We thus **ORDER AND ADJUDGE** as follows:

1. By **February 20, 2025**, the Petitioner shall either pay the Clerk's filing fee of $5.00 or, in the alternative, file a motion to proceed *in forma pauperis* ("IFP motion"). If he files an IFP motion, he must include a supporting financial affidavit *and* his six-month account statement in accordance with Rule 3(a) of the Rules Governing § 2254 Proceedings in the District Courts. The Clerk is **INSTRUCTED** to provide the Petitioner with a copy of our "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

2. If the filing fee is paid, the check or money order must bear the case number so the fee will be docketed in the correct case.

3. The Petitioner is cautioned that failure to comply with this Order may result in dismissal of this case without further notice.

4. The Clerk shall administratively **CLOSE** the case.

---

[1] "The district court may apply [the Rules Governing Section 2254 Cases] to a [section 2241] habeas corpus petition[.]" Rule 1(b), Rules Governing Section 2254 Cases (cleaned up).

**DONE AND ORDERED** in the Southern District of Florida on January 21, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: Mario Petitfrere, *pro se*